IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CASE NO.:3:14-CR-132-M (02) |
| ) | |
| HOUSTON OATES, ) | |
|        Defendant. ) | |

ORDER DEFERRING ACCEPTANCE
OF BOTH THE PLEA, AND THE PLEA AGREEMENT,
UNTIL SENTENCING

The Court has reviewed the relevant matters of record, including the Notice Regarding Entry of a Plea of Guilty, the Consent of the defendant, and the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge, entered June 3, 2014. No objections thereto have been filed within ten days of service in accordance with 28 U.S.C. § 636(b)(1).

The Court defers acceptance of both the plea and the plea agreement until sentencing, as previously scheduled.

The Court adopts the June 3, 2014 Findings of the United States Magistrate Judge by clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person or the community if released and should therefore be released under § 3142(b) or (c).

SIGNED this 10th day of July, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS